IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| IN RE: § § JOSHUA H ANDERSON   xxx-xx-8407  § xxx-xx-0000  § 108 LAKEWOOD DR.  § LONGVIEW, TX 75604  § § DEBTORS | Case No. 25-60636 Chapter 13 |

## TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. SECTION 1302(c)

The Standing Chapter 13 Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. 1302(c):

1. The business examination consisted of the review of the following documentation after the 341 meeting of creditors:

| | | |
|---|---|---|
| a | Statement of Affairs and Schedules | Yes |
| b | Tax returns for the years | 2024 |
| c | Evidence of insurance | |
| | Liability | |
| | Property | |
| | Workers Compensation | |
| | Other | |
| d | Bank Statements | |
| e | Business Licenses, Permits | |
| f | Other | |

2. The 341 meeting of creditors was held on

   | 11/20/25 |
   |---|

3. The Debtor's business is located at:

   | 108 Lakewood Dr., Longview, TX 75604 |
   |---|

4. Nature of Debtor's business:

| | | |
|---|---|---|
| a | Retail | |
| b | Service (specify) | x |
| c | Other (specify) | |

5. Debtor's business is:

| | | |
|---|---|---|
| a | Sole Proprietorship | |
| b | Corporation | x |
| c | Partnership | |
| d | Other (specify) | |

6. Debtor is:

| a | Owner | x |
|---|---|---|
| b | Partner | |
| c | Shareholder | |

| | |
|---|---|
| 7. Years of operation of Debtor's business | 14 years |
| 8. Number of employees (excluding debtors) | 7 full time and 15 1099 |
| 9. Statement of Financial Affairs Questions 1-15 complete? | No |
| 10. Additional information requested on Questions? | #4 add year to date income |
| 11. Statement of Financial Affairs Questions 16-28 complete? | Yes |
| 12. Additional information requested on Questions? | |

8. The following Schedules are complete:

| | Complete | Incomplete |
|---|---|---|
| Schedule A | X | |
| Schedule B | X | |
| Schedule C | X | |
| Schedule D | X | |
| Schedule E | X | |
| Schedule F | X | |
| Schedule G | X | |
| Schedule H | X | |
| Schedule I | X | |
| Schedule J | | X |
| Credit Counseling | X | |
| Profit Loss Statements | | X |
| Tax Returns | | x |

| | |
|---|---|
| 9. Have all required State, Local and Federal tax returns been filed | Yes |
| 10. Has all information requested by the Trustee been provided | No |
| 11. Missing documents to be provided within 14 days: | Bank statements for date of iling, insurance for auto, home and life, proof of value for home, |
| 12. Additional documents requested at the 341 meeting | Direct pay certification, ) & L's through confirmation with bank statements, proof of charitable contributions, DSO letter, 6 months proof of CMI income, proof of rent for business |

|  |  |
|---|---|
|  | $789 and repairs/maintenance $2,800 |
| 13. Debtor's primary business assets consist of: | None |
| 14. The total fair market value of the business as an ongoing concern is approximately: | $0 |
| 15. The Debtor's average monthly gross receipts for the 6 months prior to filing was: | $48,803.20 |
| 16. The Debtor's projected monthly gross receipts per Schedule I are: | $45,000 |

DATED 11/20/25 .

Respectfully submitted,

Lloyd Kraus
CHAPTER 13 TRUSTEE


/s/ Lloyd Kraus
Lloyd Kraus, Chapter 13 Trustee SBN 24066773
110 N. College, Suite 1200
Tyler, TX  75702
(903) 593-7777; FAX (903) 597-1313

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing Trustee Statement Pursuant to 11 U.S.C. Section 1302 (c) has been served upon the following parties in interest by mailing a copy of same to them via first class mail or electronically on 11/20/25:

    WILLIAM H LIVELY, JR. WHL, PLLC
    432 S. BONNER AVE.
    TYLER, TX 75702

    JOSHUA H ANDERSON
    108 LAKEWOOD DR.
    LONGVIEW, TX 75604


Julie Anne Parsons
P.O. Box 1269
Round Rock, Texas 78680-1269

Glen Patrick
2495 S. Main
PO Box 938
Lindale, TX 75771

Brett field
The Gild North
8350 N. Central Expressway, Ste 1225
Dallas, TX 75206

Charles Lauffer, Jr.
821 ESE Loop 323, Ste 530
Tyler, TX 75701


    /s/ Lloyd Kraus
    Lloyd Kraus