IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION



EOD
03/05/2026

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| JOSHUA H ANDERSON | * | Case No. 25-60636 |
| | * | Chapter 13 |
| 108 LAKEWOOD DR. | * | |
| LONGVIEW, TX 75604 | * | |
| xxx-xx-8407/xxx-xx-0000 | * | |
| | * | |

Debtor

### ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

ON THIS DATE, the Court considered the Confirmation of the Chapter 13 Plan proposed by the Debtor in the above referenced case. For the reasons as set forth herein below, the confirmation of the Chapter 13 plan should be denied.

IT IS THEREFORE ORDERED that confirmation of the Chapter 13 Plan proposed by the Debtor is DENIED.

Signed on 3/5/2/26

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

REASONS FOR DENIAL:
(X) Final Denial
( ) Conversion of Case to Chapter 7
( ) Case to be Dismissed
( ) Other:

Approved as to Form and Substance:

/s/ WILLIAM H LIVELY, JR.
Attorney for the Debtor